UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-399 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. 23-cr-01471-H-1 |
| | ) | Southern District of California, |
| v. | ) | San Diego |
| | ) | |
| JINCHAO WEI, | ) | UNOPPOSED MOTION |
| | ) | FOR EXTENSION OF TIME |
| Defendant-Appellant. | ) | TO FILE OPENING BRIEF |
| _____ | ) | |

For the reasons set out in counsel's attached declaration, Defendant-Appellant

Jinchao Wei moves this Court for an unopposed extension of the deadline to file his

opening brief, from May 14, 2026, until September 18, 2026. *See* Fed. R. App. P.

26(b) and 27(a)(3)(A); Ninth Cir. R. 31-2.2(b).

Respectfully submitted,

Dated: May 7, 2026

*/s/ Todd W. Burns*
Burns & Cohan, Attorneys at Law
501 West Broadway, Suite 1510
San Diego, California 92101
619-236-0244

Attorney for Jinchao Wei

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-399 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. 23-cr-01471-H-1 |
| | ) | Southern District of California, |
| v. | ) | San Diego |
| | ) | |
| JINCHAO WEI, | ) | DECLARATION OF |
| | ) | TODD W. BURNS |
| Defendant-Appellant. | ) | |
| _____ | ) | |

Under penalty of perjury, I, Todd W. Burns, declare and state as follows:

1. I am an attorney licensed to practice law in California and in the United States Court of Appeals for the Ninth Circuit and I was appointed to represent Defendant-Appellant Jinchao Wei on appeal.

2. The opening brief is presently due on May 14, 2026, and I am seeking an extension of that deadline until September 18, 2026, for the reasons set out below.

3. After a six-day trial, Mr. Wei was convicted of conspiring to communicate and communicating defense information to a foreign government, and conspiring to export defense articles without a license, and he was sentenced to 200 months custody.

4. So far I have only been able to do a summary review of the record in Mr. Wei's case (and I still have not received copies of trial exhibits from district court counsel), but

2

from that review I have concluded that there are several potential issues for appeal, including novel, or relatively novel, legal issues. Accordingly, I anticipate it will take me a substantial amount of time to thoroughly review the record, research those issues, and write the opening brief.

5. However, I have not been able to devote substantial time to preparing Mr. Wei's opening brief because I have been occupied with several other matters, most recently with preparing the opening brief in *United States v. Evans*, No. 25-6363, which is presently due on May 22, 2026. Notably, that appeal is consolidated with three other appeals and due to circumstances with counsel for the other defendants in those cases, we will likely be seeking an extension. Nonetheless, for efficiency purposes I intend to keep working on Mr. Evans's opening brief in the near future.

6. When I finish working on Mr. Evans's brief, there are other matters that will need to take priority over preparing Mr. Wei's opening brief, including preparing the opening brief in *United States v. Gafare*, 25-3997, a thirteen-day trial case in which my client was convicted of Hobbs Act robbery and firearm offenses; prepare the reply brief in *United States v. Wilson*, No. 25-739, which has already been substantially delayed while I am awaiting filing of the government's answering brief; and prepare a *certiorari* petition related to *United States v. Perez*, No. 23-3861. In the meantime, I will also be involved in litigating several bellwether cases in the Northern District of California related to

extensive inmate abuse at FCI Dublin, and in depositions and other discovery in *Chong v. Doung, et al.*, C.D. Cal. No. 2:25-cv-00507.

7. Given the issues and obligations discussed above, and other professional obligations, I am requesting the substantial extension of the time to file the opening brief indicated above.

8. I have exercised diligence in preparing this appeal and anticipate that the opening brief will be filed within the time requested.

9. The transcripts for this case have been produced.

10. Mr. Wei is presently in custody and his projected release date is October 13, 2037.

11. On May 7, 2026, Assistant United States Attorney Daniel Zipp informed me that the government does not oppose the requested extension.

I so state this seventh day of May 2026, in San Diego, California.

*/s/ Todd W. Burns*
TODD W. BURNS
Declarant

4